UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARK OYSTERBACK AND
ANTHONY L. COOPER, et al.,

        Plaintiffs,

v.                                Case No. 3:05-cv-576-J-20TEM

GOVERNOR JEB BUSH, et al.,

        Defendants.

### ORDER

On June 24, 2005, Plaintiff Anthony L. Cooper, proceeding *pro se*, filed a "Class Action Plaintiff Emergency Relief & Affiant Response to #10 Issues of Osterback Judges and Lawyers Request" (Doc. #1) (hereinafter Notice), in which he lists issues for trial in the Osterback case and requests that the Court set a trial date in the Osterback case. Additionally, Plaintiff contends that his life is in danger since violent inmates are housed at Florida State Prison, and he requests a transfer to another institution or the mental health crisis unit at Union Correctional Institution. Finally, he requests that this Court notify the lawyers representing the Plaintiff class in the Osterback case (Peter Michael Siegel and Christopher Michael Jones) as well as the Governor and the Secretary of the Florida Department of Corrections.

It appearing that Plaintiff Anthony L. Cooper intended to file this Notice in <u>Mark E. Osterback, et al., v. James V. Crosby, Jr., et al.</u>, Case No. 3:04-cv-210-J-25MCR, a class action currently pending in this Court, this Court will direct the Clerk of the Court to file the Notice (Doc. #1) in that case, and this case will be dismissed without prejudice.

However, as a precautionary measure since Plaintiff claims his life is in danger, this Court will direct the Clerk of the Court to send a copy of the Notice (Doc. #1) and this Order to class action counsel (Peter Michael Siegel and Christopher Michael Jones) in the <u>Osterback</u> case and to the Warden of Florida State Prison for appropriate action, if any.[1]

If Plaintiff wishes to initiate a civil rights action, he may complete and file the enclosed civil rights complaint form.

Accordingly, it is

**ORDERED:**

1.   **The Clerk of the Court shall immediately send** a copy of this Order and the Notice (Doc. #1) to the Superintendent of Florida State Prison **(via facsimile)** and to class action counsel

---

[1] The Warden of Florida State Prison and class action counsel in the <u>Osterback</u> case have recently been notified that Plaintiff Anthony L. Cooper has complained that his life is in danger at Florida State Prison.  <u>See</u> Case No. 3:05-cv-494-J-32MMH, Court's Order (Doc. #2), filed May 31, 2005; Case No. 3:05-cv-564-J-20HTS, Court's Order (Doc. #5), filed June 20, 2005.

2

(Peter Michael Siegel and Christopher Michael Jones) in Osterback, Case No. 3:04-cv-210-J-25MCR.

    2.   This case is hereby dismissed **without prejudice**.

    3.   The Clerk of the Court shall enter judgment dismissing this case without prejudice.

    4.   The Clerk of the Court shall send a Civil Rights Complaint form and an Affidavit of Indigency form to Plaintiff. If Plaintiff initiates his own civil rights case, he shall **either** file a fully completed Affidavit of Indigency (if Plaintiff desires to proceed as a pauper) **or** pay the $250.00 filing fee (if Plaintiff does not desire to proceed as a pauper). Plaintiff should not place this case number on the forms. The Clerk will assign a new case number if Plaintiff elects to refile his claims.

    5.   If Plaintiff wishes to pursue any claims in Case No. 3:04-cv-210-J-25MCR, he should contact Plaintiffs' counsel.

    **DONE AND ORDERED** at Jacksonville, Florida, this 24th day of June, 2005.

TIMOTHY J. CORRIGAN
United States District Judge

sc 6/24
c:
Anthony L. Cooper
Michael Rathman, Superintendent, FSP